

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-92,918-02

### EX PARTE ROBERT CASILLAS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2019CR1399-W2 IN THE 399TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of possession with intent to deliver a controlled substance and sentenced to forty-two years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Casillas v. State*, No. 04-19-00314-CR (Tex. App.—San Antonio May, 13, 2020) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On October 12, 2022, this Court denied application number WR-92,918-02 based on the findings of the trial court without a hearing. Then on October 17, 2022, the Court received a letter from Applicant stating that he filed a number of documents in the district court that were neither considered by the trial court nor forwarded to this Court. These documents include exhibits and a

memorandum in support that Applicant alleges he filed with his initial application on September 24, 2021; a response to counsel's affidavit that has a file-stamp date of April 21, 2022; and an amended application with accompanying exhibits that has a file-stamp date of September 13, 2022. Because these documents appear to be filed before the trial court issued its findings on September 23, 2022, they should have been considered by both the trial court and this Court. The writ record indicates that, for one reason or another, they were not. Therefore, this Court now reconsiders on its own motion the denial without written order on the findings of the trial court.

However, after an independent review of the record in this case, the Court believes that Applicant's amended claims are without merit. Therefore, after reconsideration on the Court's own motion, relief is again denied in cause number WR-92,918-02.

Filed: November 09, 2022
Do not publish